UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD WEST, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1902 JCH |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 6th day of August, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE